UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT

USA

V.                                    Case Number:  3:09cr25 (SRU)

Juan Conto


**ORDER**

Subject to the filing of a properly executed waiver of defendant's rights under the Speedy Trial Act, Title 18, United States Code, Section 3161, <u>et seq.</u>, that specifically waives the period of delay from 07/09/09 to 09/21/09, jury selection is hereby rescheduled for **September 21, 2009** at 9:00 a.m. and the trial is hereby rescheduled to commence 09/24/09, at 9:00 a.m.  The court finds that the continuance is in the best interest of the defendant and outweighs the public interest in a speedy trial.  The delay from 07/09/09 to 09/21/09 is hereby excluded pursuant to Title 18, U.S.C. § 3161(h)(8).  Defendant's motions are now due August 14, 2009.  The Government's responses are due August 28, 2009.

**SO ORDERED**

        Dated at Bridgeport, Connecticut, July 6, 2009.


                        /s/ Stefan R. Underhill
                        **Stefan R. Underhill**
                        United States District Judge